1872

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 829-3903 | **Serial Number** 249469605 | **For Optional Use by Recording Office** MC 05 00140 FILED Clerk District Court NOV - 8 2005 For The Northern Mariana Islands By_____ (Deputy Clerk) |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  SIXTO K IGISOMAR

Residence  PO BOX 7940
SAIPAN, MP 96950-7940

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | [redacted] | 11/15/2004 | 12/15/2014 | 5175.82 |

Place of Filing  US DISTRICT COURT OF CNMI
Saipan
Saipan, CM 96950

Total  $  5175.82

This notice was prepared and signed at  INTERNATIONAL, PR , on this,

the  22nd  day of  September, 2005.

Signature  _Susan A. Hansen_
for SHEILA OBRIEN

Title  ACS
(800) 829-3903

35-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

```
===============================================
          F E D E R A L    T A X    L I E N
              BILLING SUPPORT VOUCHER
          FILING JURISDICTION SUMMARY REPORT
===============================================
```

> If there are any corrections necessary to the contents of this billing assembly please contact:

SPECIAL PROCEDURES FUNCTION
AREA 35
800 913-6050

```
===================================================
Liens Filed, Released, Withdrawn and Revoked
From 09/26/2005 to 09/28/2005
===================================================
REPORT PREPARED:  September 29, 2005
###################################################
Saipan                      , CM  96950
###################################################

TOTAL LIENS              TOTAL RELEASE
RELEASED:                       FEES:
-----------              --------------
          1                     $.00
```

Total Liens Filed: 1

Total Lien Fees: $.00 Bubt

```
===================================================
  For prompt payment please mail a copy of
  this summary sheet, the attached document
  listing, and your invoice to:

  INTERNAL REVENUE SERVICE
  CCP - LIEN UNIT
  PO BOX 145595, STOP 8420G, TEAM 204
  CINCINNATI                  , OH  452505595
===================================================
```

```
==============================================================
            INTERNAL REVENUE SERVICE - FEDERAL TAX LIEN
                      BILLING SUPPORT VOUCHER
                        September 29, 2005
==============================================================
     Liens Filed, Released, Withdrawn and Revoked for the Period
                  09/26/2005 Through 09/28/2005

##################################################
Saipan                    , CM  96950
##################################################

SERIAL       TAXPAYERS                              IDENTIFYING       COURT        TYPE
NUMBER       NAME                                   NUMBER            FEE          FEE
---------    -----------------------------------    ------------      --------     --------
228624605    THOMAS J WEINDL                        66-0457479             $.00    Released
```

299469605 Sixto K Igisomar ▮▮▮▮▮▮▮▮0  ----4.00 Filed
$.00

```
================================================
         BILLING SUPPORT VOUCHER - OVERALL SUMMARY
       Total Liens Filed, Released, Withdrawn and Revoked
               09/26/2005 Through 09/28/2005
```

Liens Filed            1
Liens Released         1
Liens Withdrawn        0
Liens Revoked          0
-----------------     ===
Total documents:       2

```
       ================================================
       *****  R E P O R T   C O M P L E T E  *****
       ================================================
```